# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

___

| | |
|---|---|
| **In Re:** <br> **Barbara Vanessa Duran,** <br><br> **Debtor.** | **Bankruptcy Case** <br> **No. 14-41422-JDP** |

___

## ORDER RE: TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION

___

For the reasons set forth in the Court's Memorandum of Decision filed herein, and for other good cause,

**IT IS HEREBY ORDERED THAT** Trustee's Amended Objection to Claim of Exemption, Dkt. No. 19, shall be and is hereby **DENIED**, and Debtor's exemption claim for the wrongful death settlement proceeds pursuant to Idaho Code § 11-604(1)(c) shall be and is hereby **ALLOWED.**

Dated: June 26, 2017

___

Honorable Jim D. Pappas
United States Bankruptcy Judge

ORDER - 1